UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

R.J. ZAYED, In His Capacity
As Court-Appointed Receiver
For Oxford Global Partners, LLC,
Universal Brokerage FX, and Other
Receiver Entities,

   Plaintiff        Case No:    013-cv-1896 SRN/ SER

v.

David and Dao Allen, Judith Averett, Patricia and Jasper Calandra, Rose Furner, Mark Hanby, Adel ("A.K.") Hilal, Geraldine Jackman, Norma Johnson, Willis Wayne King, Don and Pamela Labbee, Andrew Lyon, Jeffrey Lyon, Jeffrey Maki, Steven Perkins, Richard Plantan, Douglas Reed, David Sherman, John Sterback, Mark Stoltenberg, Jane Wamsley as trustee for the Glen Van Lehn Living Trust, Michael ("Bruce") Wu, Robert and Dianne Birk, Margaret Anderson, Mary Francoeur, George and Shirley Janssen, Joseph Koehnen, and Katherine Sobieck,

   Defendants.

### PLAINTIFF'S MOTION TO CLERK FOR DEFAULT JUDGMENT AGAINST DEFENDANT ROSE FURNER

  Plaintiff R.J Zayed as Receiver for Trevor Cook et al. ("Receiver") hereby requests the Clerk of Court, pursuant to Rule 55(b)(1) of the Federal Rules of Civil Procedure, for entry of a judgment by default against Defendant Rose Furner ("Defendant").

Plaintiff filed his complaint on July 15, 2013.  (Declaration of Joseph M. Kaczrowski in Support of Receiver's Motion ("Kaczrowski Decl.") ¶ 2.)

Defendant was served on September 11, 2013.  (Kaczrowski Decl. ¶ 3.) Defendant failed to answer or otherwise respond in the time allowed under Rule 12(a)(1)(A)(i) of the Federal Rules of Civil Procedure, or seek an extension of time to answer or respond.  (Kaczrowski Decl. ¶ 4.)  On October 16, 2013, the Court recorded an entry of default against Defendant.  (*Id.*)

Plaintiff's claim against Defendant Furner is $8,986.00.  Defendant received $35,411.00 from Receivership entities.  (Kaczrowski Decl. ¶ 5.)  Defendant transferred $26,425.00 to Receivership entities.  (Kaczrowski Decl. ¶ 6.)  Therefore the Receiver's Complaint sought damages of $8,986.00 from Defendant.  *Complaint*, 13-cv-1896 Docket 1 ¶ 79 (Jul. 15, 2013).

The Receiver therefore requests the Clerk of Court, pursuant to Rule 55(b)(1) of the Federal Rules of Civil Procedure, enter a judgment by default of $8,986.00 against Defendant Furner.  This motion is supported by the files, records, and proceedings herein, as well as the Declaration of Joseph M. Kaczrowski submitted herewith.

Dated: October 18, 2013

Respectfully submitted,

*s/ Joseph M. Kaczrowski*
Tara C. Norgard (MN Bar No. 307,683)
Joseph M. Kaczrowski (MN Bar No. 387,843)
Carlson, Caspers, Vandenburgh,
    Lindquist & Schuman, P.A.
225 S. 6th Street, Suite 4200
Minneapolis, MN  55402
Telephone: (612) 436-9600
Facsimile: (612) 436-9605
tnorgard@carlsoncaspers.com
jkaczrowski@carlsoncaspers.com

*Attorneys for Plaintiff R.J. Zayed, in his capacity as court-appointed Receiver for Oxford Global Partners, Universal Brokerage FX, and other Receivership Entities*